## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

_____
)
NORTHEASTERN UNIVERSITY,           )
           )
       Plaintiff,        )
           )
   v.          )    Civil Action No. 13-12497
           )
BAE SYSTEMS INFORMATION AND    )
ELECTRONIC SYSTEMS INTEGRATION INC., )    ***Document Filed Electronically***
           )
      Defendant.     )
_____)

### NOTICE OF REMOVAL

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant, BAE Systems Information

and Electronic Systems Integration Inc. ("BAE Systems"), removes this action to the United

States District Court for the District of Massachusetts.  The grounds for removal are:

1.     On October 1, 2013, Plaintiff, Northeastern University ("NU") filed a civil action

against BAE Systems in the Superior Court of the Commonwealth of Massachusetts in and for

Suffolk County (the "Action").  The Action was assigned civil action number 13-3493.  Service

of process was effected the same day.

2.     In its Verified Complaint, NU asserts claims arising out of a "Research Subaward

Agreement" (the "Research Agreement") between NU and BAE Systems, by which NU

contracted with BAE Systems for research and development to be undertaken pursuant to a grant

NU had received from the National Science Foundation ("NSF").  NU seeks (i) specific

performance of the Research Agreement, (ii) damages for the alleged breach of the Research

Agreement, (iii) damages for alleged unjust enrichment, and (iv) damages for alleged

misrepresentation.  A true and correct copy of all process and pleadings served on BAE Systems

is attached hereto as Exhibit A.

### Diversity Jurisdiction

3.      The controversy in this action is between diverse citizens because:

a.   NU is a non-profit corporation organized and existing under the laws of the

Commonwealth of Massachusetts and with its principal place of business in Boston,

Massachusetts.

b.   BAE Systems is a corporation organized and existing under the laws of the

State of Delaware and with its principal place of business in Nashua, New Hampshire.

4.      The amount in controversy exceeds $75,000.  On its claim for unjust enrichment,

for example, NU alleges damages of approximately $1.2 million.

5.      Because there is diversity of citizenship between NU and BAE Systems, and the

amount reasonably believed to be in controversy exceeds $1.2 million, exclusive of interest and

costs, the Action is removable from the Superior Court to this Court, pursuant to 28 U.S.C. §

1332(a)(1) and § 1441(a).

**WHEREFORE**, BAE Systems provides notice that the Action presently pending against it in the Superior Court of the Commonwealth of Massachusetts has been removed to the United States District Court for the District of Massachusetts.

Dated:  October 4, 2013

BAE SYSTEMS INFORMATION AND
ELECTRONIC SYSTEMS INTEGRATION INC.,

By its Attorneys,


/s/ David B. Chaffin_____
David B. Chaffin (BBO # 549245)
Rachel J. Eisenhaure (BBO # 663876)
WHITE AND WILLIAMS LLP
99 Summer Street, Suite 1530
Boston, MA 02110
chaffind@whiteandwilliams.com
Tel:  (617) 748-5215


## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 4th day of October 2013.


/s/David B. Chaffin_____
David B. Chaffin

12193250v.1